JOSHUA D. HURWIT (Bar No. 263108)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:    208.342.5000
Email:          jdhurwit@hollandhart.com

Attorneys for Defendant Whayne and Sons Enterprises, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSHIP FACILITY SERVICES LLC | Case No. 5:25-cv-10967-NW |
| Plaintiff, | Judge: Noel Wise |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| WHAYNE & SONS ENTERPRISES, INC. | |
| Defendant. | [Concurrently filed with Declaration of Richard Whayne] |

The parties to this Stipulation, Plaintiff Flagship Facility Services LLC ("Flagship") and Defendant Whayne and Sons Enterprises, Inc. ("Whayne and Sons"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The Complaint was filed on December 24, 2025.

2. The Complaint was served on Whayne and Sons on March 5, 2026. Whayne and Sons' response is presumptively due on March 26, 2026.

3. Counsel for Defendant needs additional time to respond to the Complaint and is requesting an additional 21 days, up to and including April 16, 2026.

4. This modification will not affect any other dates set in this action.

5. Plaintiff and Defendant agree that good cause exists for the extension.

-1-

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT

IT IS SO STIPULATED.

Dated: March 20, 2026.                    HOLLAND & HART LLP


                                          /S/ JOSHUA D. HURWIT
                                 By:          Joshua D. Hurwit
                                          *Attorneys for Defendant Whayne and Sons Enterprises, Inc.*

Dated: March 20, 2026           By:       CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

                                          /S/ SCOTT SATKIN_____ _____
                                              Scott Satkin
                                          *Attorneys for Plaintiff Flagship Facility Services LLC*

-2-

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT

# [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, it is hereby Ordered as follows: Any responsive pleading to the Complaint in this matter shall be filed by Defendant Whayne and Sons Enterprises, Inc. on or before April 16, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: March 25, 2026

_____

HONORABLE NOEL WISE
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT